IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>R. IRWIN, et al.,<br><br>Defendants. | CIVIL ACTION<br>NO. 22-4140 |

**ORDER**

**AND NOW**, this 28th day of September 2026, upon consideration of Petitioner James Williams' Amended Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. No. 18), the Government's Response in Opposition (Doc. No. 45), the Report and Recommendation of United States Magistrate Judge Craig M. Straw (Doc. No. 54), Petitioner's Objections to the Report and Recommendation (Doc. No. 59), the Response to Objections to the Report and Recommendation (Doc. No. 64), and the relevant state court record, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 54) is **APPROVED** and **ADOPTED**.
2. The Amended Petition for a Writ of Habeas Corpus (Doc. No. 18) is **DENIED**.
3. A Certificate of Appealability **SHALL NOT** issue because, based on the analysis contained in Magistrate Judge Craig Straw's Report and Recommendation, as approved and adopted by this Court, a reasonable jurist could not conclude that the Court is incorrect in denying and dismissing the Habeas Petition. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473 (2000).

4. The Clerk of Court shall mark this case closed.

BY THE COURT:

/s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.